*E-Filed: June 13, 2013*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER HINKLE GABINAY, ABDELA ALEMU, LORENZO DUSSEAULT, HIEU LE, PORFIRIO TOTTOC, EMANUEL ZAID, DAVID ASAKEVICH, MARTE DIZON, CAYETANO M. GONZALEZ, BEN LY, ADHANOM MISGUN, EFREN R. NALANGAN, VUONG DUC NGUYEN, VICENTE JR. FALSARIO TAGLE, AND NICK BURKE,<br><br>Plaintiff<br><br>vs.<br><br>INTERMOLECULAR, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:14-cv-00737-HRL<br><br>ASSIGNED FOR ALL PURPOSES TO: HONORABLE HOWARD R. LLOYD<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATIONS OF DISMISSAL OF ONLY PLAINTIFF'S ABDELA ALEMU, HIEU LE, PORFIRIO TOTTOC, EMANUEL ZAID, MARTE DIZON, BEN LY, ADHANOM MISGUN, EFREN R. NALANGAN, VUONG DUC NGUYEN, VICENTE JR. FALSARIO TAGLE, AND NICK BURKE WITH PREJUDICE**<br><br>Complaint Filed: February 18, 2014<br>Trial Date: None |

1   Case No.: 5:14-cv-00737-HRL
[~~PROPOSED~~] ORDER RE REQUEST FOR DISMISSAL

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) Plaintiff's ABDELA ALEMU, HIEU LE, PORFIRIO TOTTOC, EMANUEL ZAID, MARTE DIZON, BEN LY, ADHANOM MISGUN, EFREN R. NALANGAN, VUONG DUC NGUYEN, VICENTE JR. FALSARIO TAGLE, and NICK BURKE and all their claims asserted are dismissed with prejudice.

2. Plaintiff's ELMER HINKLE GABINAY, LORENZO DUSSEAULT, DAVID ASAKEVICH and CAYETANO M. GONZALEZ's law suit against defendant remains lodged, Case No.: 5:14-CV-00737-HRL in the above named court.

3. All dismissed parties to bear their own fees and costs.

DATED: June 13, 2014     By:_____
                              HONORABLE HOWARD R. LLOYD
                              UNITED STATES MAGISTRATE JUDGE

2     Case No.: 5:14-cv-00737-HRL
[PROPOSED] ORDER RE REQUEST FOR DISMISSAL